IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARIO CARRILLO,

      Plaintiff,

v.                                                                              No. CIV 12-0573 JB/WPL

MCS INDUSTRIES, INC.,

      Defendant.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Court's Order of Dismissal with Prejudice, filed April 29, 2013 (Doc. 45)("Order"), in which the Court dismissed with prejudice Plaintiff Mario Carrillo's Plaintiffs' First Amended Petition, filed in state court April 17, 2012, filed in federal court May 25, 2012 (Doc. 1).  Because the Court's Order disposes of all claims and issues before the Court, the Court now enters final judgment in this matter.

**IT IS ORDERED** that Plaintiff Mario Carrillo's claims and case are dismissed with prejudice, and final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

John L. Granberg
Granberg Law Office
El Paso, Texas

      *Attorneys for the Plaintiff*

Stanley K. Kotovsky, Jr.
Tinnin Law Firm, PC
Albuquerque, New Mexico

      *Attorneys for the Defendant*